**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Spectrum Pharmaceuticals, Inc.
Plaintiff,
v.
The Buxton Helmsley Group, Inc., et al.
Defendant.

Case No.: 1:24−cv−12489
Honorable LaShonda A. Hunt

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2025:

MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff's motion for preliminary injunction [2] is granted as set forth herein. Enter Preliminary Injunction Order. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.