**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Spectrum Pharmaceuticals, Inc.
Plaintiff,
v.
Case No.: 1:24−cv−12489
Honorable LaShonda A. Hunt
The Buxton Helmsley Group, Inc., et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 18, 2026:

MINUTE entry before the Honorable Maria Valdez: Hearing held on Plaintiff's Motion to Compel Production of Documents [184]. For the reasons stated in open court, the motion is granted. Defendant Moore shall provide her discovery responses no later than 4/1/26. Defendant Moore is cautioned that any documents or communications she fails to produce may not be relied upon by her in this litigation. To the extent Defendant Moore withholds any document or communication on privilege grounds, she must produce a privilege log concurrently with her discovery responses. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.