**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Spectrum Pharmaceuticals, Inc.

Plaintiff,

v.

Case No.: 1:24−cv−12489
Honorable LaShonda A. Hunt

The Buxton Helmsley Group, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 4, 2026:

MINUTE entry before the Honorable Maria Valdez: Hearing held on Spectrum's Motion to Compel and for Sanctions Against Defendant Moore [315]. For the reasons stated in open court, the motion is granted. Moore is ordered to produce every document that she has previously been ordered to produce within seven days of this order. With respect to the laptop, Moore is ordered to provide Spectrum's counsel with the contact information, including name, phone number, and email address, of the third party who presently has possession of the laptop. The physical laptop shall be turned over to Spectrum within seven days of this order, but Moore may retain a copy of all the data stored on the laptop. To the extent any document on the laptop is subject to a valid claim of attorney−client privilege or work product protection, and such privilege or protection has not been waived through Moore's prior conduct or failure to assert a claim of privilege or work product protection, the Court hereby enters an order under Federal Rule of Evidence 502(d) allowing Moore to claw back any such documents. Should a dispute arise over any such document, the parties may litigate that issue before this Court. Spectrum is ordered to file a status report on 8/12/26 advising the Court as to whether Moore has fully complied with this order. If she does not fully comply, she will face sanctions. Moore is ordered to provide a copy of this order to the third party who presently has possession of the laptop forthwith. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.