**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Spectrum Pharmaceuticals, Inc.

Plaintiff,

v.

Case No.: 1:24−cv−12489
Honorable LaShonda A. Hunt

The Buxton Helmsley Group, Inc., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 21, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Self−represented Defendant Kellie Ann Moore's objections [337] to orders entered by Magistrate Judge Valdez' on 8/4/26 [327] and 8/10/26 [334] are overruled and her motion to stay [336] is terminated as moot. In light of Moore's history of noncompliance with court rules and orders, Judge Valdez was well within her authority to order turnover of the laptop to ensure that Plaintiff receives the data that it is entitled to receive through discovery and "to achieve the orderly and expeditious disposition of [this case]." Chambers v. NASCO, Inc., 501 U.S. 32, 43 (1991). Moore has had sufficient opportunities to be heard on the issue, any privilege concerns are adequately addressed by Judge Valdez' orders, and it is clear from the record that other mechanisms have been exhausted or would be futile.Furthermore, by ordering turnover, Judge Valdez refrained from imposing more drastic remedies that may become appropriate if Moore's noncompliance persists. See, e.g., Hoskins v. Dart, 633 F.3d 541, 543 (7th Cir. 2011) ("In general, courts may impose appropriate sanctions, including dismissal or default, against litigants who violate discovery rules and other rules and orders designed to enable judges to control their dockets and manage the flow of litigation."). Because the original deadline of 8/11/26 passed during the pendency of Moore's objections, the Court extends it by 3 business days. Moore must provide Plaintiff's counsel with the contact information, including name, phone number, and email address, of the third party who presently has possession of the laptop, and the physical laptop must be turned over to Plaintiff by 8/26/26. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.