**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Spectrum Pharmaceuticals, Inc.
Plaintiff,
v.
Case No.: 1:24−cv−12489
Honorable LaShonda A. Hunt
The Buxton Helmsley Group, Inc., et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 27, 2026:

MINUTE entry before the Honorable Maria Valdez: The Court has reviewed Spectrum's Status Report Regarding Moore's Compliance with Court Orders ECF [327] & [341] [244]. Spectrum notes possible issues with the laptop production and states that there has not been full compliance with the other written discovery production that was ordered. As a result, the Court issues a Rule to Show Cause and orders Moore to appear on 9/9/26 at 10:00 a.m. in Courtroom 1041 to explain why the Court should not recommend the sanction of default and the potential liability for costs and attorneys' fees to Spectrum for the motion practice expended on these discovery matters due to Moore's noncompliance with multiple court orders. Moore is ordered to bring a copy of all data, in the form in which it has been kept, from the laptop that she represented to Spectrum she made and retained. If she cannot bring a copy of her laptop data, she is ordered to bring the original of what she retained. Spectrum's counsel is also ordered to appear. Remote and/or telephonic appearances are not allowed. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.