**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Spectrum Pharmaceuticals, Inc.
Plaintiff,
v.
Case No.: 1:24−cv−12489
Honorable LaShonda A. Hunt
Kellie Ann Moore, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 7, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: The joint motion of Plaintiff Spectrum Pharmaceuticals, Inc. and Defendants The Buxton Helmsley Group, Inc. ("BHG") and Alexander Erwin Parker ("Parker") for entry of a consent order granting permanent injunction and Rule 54(b) final judgment as to BHG and Parker [354] is granted. Enter Consent Order Granting Permanent Injunction and Rule 54(b) Final Judgment as to BHG and Parker. The Clerk's office is directed to terminate The Buxton Helmsley Group, Inc. and Alexander Erwin Parker as Defendants. This action proceeds as to Defendant Kellie Ann Moore. The motion hearing set for 10/8/26 [355] is stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.